# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV16-3284-CAS(JCx) | Date | July 5, 2016 |
|---|---|---|---|
| Title | *CYNTHIA COLLINS v. CLARINS USA, INC.; ET AL.* | | |

Present: The Honorable   CHRISTINA A. SNYDER, JUDGE

| Catherine M. Jeang | Not Present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**      (IN CHAMBERS) - PLAINTIFF'S MOTION FOR REMAND (Filed June 1, 2016)[11]

The Court finds this motion appropriate for decision without oral argument.  Fed. R. Civ. P. 78; Local Rule 7-15.  Accordingly, the hearing date of July 18, 2016, is hereby vacated, and the matter is hereby taken under submission.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | CMJ | |