| | |
|---|---|
| 1 | **BONONI LAW GROUP, LLP** |
| 2 | Michael J. Bononi (State Bar No. 130663) |
|   | Christy W. Granieri (State Bar No. 266392) |
| 3 | 301 North Lake Avenue, Suite 820 |
|   | Pasadena, California 91101 |
| 4 | Telephone: (213) 553-9200 |
|   | Facsimile: (213) 553-9215 |
| 5 | mbononi@bononilawgroup.com |
|   | cgranieri@bononilawgroup.com |

JS-6

Attorneys for Plaintiff
Cynthia Collins

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA COLLINS, an individual, | **Case No.** 2:16-cv-03284-CAS-JC |
| Plaintiff, | **[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR REMAND UNDER 28 U.S.C. § 1447(c)** |
| v. | |
| CLARINS USA, INC., a corporation; NORDSTROM, INC., a corporation; MARCILLE HUGHES, an individual; and DOES 1 through 50, inclusive, | Date: July 11, 2016<br>Time: 10:00 a.m.<br>Courtroom: 5<br>Judge: Hon. Christina A. Snyder |
| Defendants. | Complaint Filed: April 12, 2016<br>Case Removed: May 12, 2016<br>Trial Date: None |

Plaintiff Cynthia Collins ("Plaintiff") Motion to Remand this action to Los Angeles County Superior Court pursuant to 28 U.S.C. §1447(c) came for hearing before this Court on July 11, 2016.

///

///

///

///

1 | After consideration of the moving, opposing, and reply papers filed by the
2 | parties, the pleadings and files in this action, and arguments of counsel, IT IS
3 | HEREBY ORDERED that Plaintiff's motion to remand is GRANTED and this
4 | action is hereby REMANDED to the Los Angeles County Superior Court.

Dated: July 5, 2016

*Christina A. Snyder*

Hon. Christina A. Snyder
United States District Judge